UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-17281 |
| | | CHAPTER 13 |
| MARY E. DORSEY-CROOKS | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Final Report has been filed in this case. These Funds are now unclaimed.

Check No.          Amount
 916541             $6.55


Creditor(s)
CAPITAL ONE
C/O TSYS DEBT MANAGEMENT
P.O. BOX 5155
NORCROSS, GA 30091


                                              Respectfully submitted,

                                    /s/   Margaret A. Burks, Esq.
                                            Margaret A. Burks, Esq.
                                            Chapter 13 Trustee
                                            Attorney No. OH 0030377

                                            Francis J. DiCesare, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0038798

                                            Karolina F. Perr, Esq.
                                            Staff Attorney
                                            Attorney No. OH 0066193

                                            600 Vine Street, Suite 2200
                                            Cincinnati, OH 45202
                                            (513) 621-4488
                                            (513) 621 2643 (Facsimile)
                                            mburks@cinn13.org - Correspondence only
                                            fdicesare@cinn13.org
                                            kperr@cinn13.org
                                            cincinnati@cinn13.org - Court Filings

Registry_Deposit_for_Capital_One

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, February 12, 2010.

                                   /s/    Margaret A. Burks, Esq.
                                           Margaret A. Burks, Esq.

| | |
|---|---|
| CAPITAL ONE<br>C/O TSYS DEBT MANAGEMENT<br>P.O. BOX 5155<br>NORCROSS, GA 30091 | Debtor(s) Counsel<br>R. DEAN SNYDER, ESQ.<br>5127 PLEASANT AVENUE<br>FAIRFIELD, OH  45014 |
| Debtor(s)<br>MARY E. DORSEY-CROOKS<br>1818 LINCREST<br>CINCINNATI, OH  45240 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |
| CAPITAL ONE<br>6125 LAKEVIEW ROAD<br>SUITE 800<br>CHARLOTTE, NC 28269 | CAPITAL ONE<br>P.O. BOX 70884<br>CHARLOTTE, NC 28272 |
| CAPITAL ONE<br>C/O AMERICAN INFORMATION SOURCE<br>P.O. BOX 54529<br>OKLAHOMA CITY, OK 73154 | CAPITAL ONE<br>P.O. BOX 71083<br>CHARLOTTE, NC 28272 |